IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:19-cv-00606-RM-NYW

BRIAN BATH,

    Plaintiff,

v.

J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, and
SYNCHRONY BANK,

    Defendants.

---

**ORDER**

---

    This matter is before the Court on the May 17, 2019, recommendation of United States Magistrate Judge Nina Y. Wang (ECF No. 118) to deny as moot a motion to enforce settlement (ECF No. 72). Plaintiff has not objected to the recommendation, and his claims against Wells Fargo have been dismissed by stipulation. Accordingly, the Court ACCEPTS and ADOPTS the recommendation (ECF No. 118) and DISMISSES AS MOOT the motion to enforce settlement (ECF No. 72).

    DATED this 25th day of June, 2019.

                                         BY THE COURT:

                                         RAYMOND P. MOORE
                                         United States District Judge