**F I L E D**
UNITED STATES DISTRICT COURT
DENVER COLORADO

**AUG 1 4 2019**

JEFFREY P. COLWELL
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Case No. 1:19-CV-00606-RM-NYW

Bath, Brian, Sui Juris;
Plaintiff.

vs.

AMERICAN EXPRESS; et al.,
Defendant(s).

### Brian Edmond of the Family Bath Motions and Orders this Court to Dismiss Case no. 1:19-cv-00606-RM-NYW Without Prejudice

Comes now, a man competent to represent himself being over the age of twenty-five and having first-hand knowledge of the events; states on the record, the following:

1. Brian Edmond of the Family Bath, a living being, has been and continues to be mis-label or identified as a person or entity. Nor am I a Corporation or a Federal Employee. My name is not spelled in all Capitals.

2. Brian Edmond of the Family Bath, a living being, Never requested that this Court review his claims with the named Defendants.

3. Brian Edmond of the Family Bath, a living being, Never requested a Federal Question, as the parties are diverse in nature.

4. Brian Edmond of the Family Bath, a living being, demand a "Trial by Jury"

5. Brian Edmond of the Family Bath, a living being, on multiple occasions manifested true, complete, and accurate records to the Defendants counsel, who Refused to discuss any resolution saving this Court's Time and Resources.

6. Brian Edmond of the Family Bath, a living being, will be out of Colorado state for the extended future, donating his time to his favorite charity and will not be able to continue this case.

7. Brian Edmond of the Family Bath, a living being, request this Court order and waive all Pacer fees, past, present, and future.

8. Brian Edmond of the Family Bath, a living being, will seek his relief in a Chancery Court in the Future.

## SUMMARY

9. For the foregoing reasons, Brian Edmond of the Family Bath, a living being request this Court case No. 1:19-CV-00106-RM-NYW Without Prejudice, waive all Pacer fees and have all parties go in peace.

Dated: August 12, 2019.

Respectfully submitted,

All Liberties Reserved

By:

Brian Edmond of the Family Bath
Non-Combatant, peaceful citizen

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via USPS mail to the Federal Court Clerk and Electronic email system on the following counsel of record on August 12, 2019, to the following:

| | | |
|---|---|---|
| Kali R. Backer | kbacker@shb.com | Counsel for American Express |
| Sarah E. Barr | sbarr@mofo.com | Counsel for LexisNexis |
| John R. Chase | jchase@mac-legal.com | Counsel for TD Bank |
| Kevin Crocker | kcrocker@bn-lawyers.com | Counsel for First Premier Bank |
| Jamie Steiner | jamie.steiner@huschblackwell.com | Counsel for PayPal |

Dated: August 12, 2019.

Respectfully submitted,

All Liberties Reserved

By:

Brian Edmond of the Family Bath,