# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 1:19-cv-00606-RM-NYW

BRIAN BATH,

    Plaintiff,

v.

AMERICAN EXPRESS NATIONAL BANK,
J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES,
LEXISNEXIS RISK SOLUTIONS INC.,
FIRST PREMIER BANK,
PAYPAL, INC.,
SYNCHRONY BANK, and
TD BANK USA, N.A.,

    Defendants.

---

# ORDER
---

    This matter is before the Court on the August 20, 2019, recommendation of United States Magistrate Judge Nina Y. Wang (ECF No. 132) to construe Plaintiff's motion to dismiss (ECF No. 130) as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendants J.P. Morgan Chase National Corporate Services and Synchrony Bank. The Court accepts and adopts the recommendation and incorporates it herein by reference, *see* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the recommendation. No party has filed an objection, and the time to do so has expired. "In the absence of a timely objection, the district

court may review a magistrate's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

The magistrate judge noted that Defendants J.P. Morgan Chase National Corporate Services and Synchrony Bank have not filed responsive pleadings. The magistrate judge further noted that Defendants PayPal, Inc., TD Bank, USA, N.A., and American Express National Bank have filed motions for attorney fees that remain pending. (ECF Nos. 125, 126, 129.) The Court discerns no clear error on the face of the record with respect to the magistrate judge's recommendation and concludes her analysis was thorough and sound.

Accordingly, the Court ACCEPTS and ADOPTS the recommendation (ECF No. 132), ORDERS that the claims against Defendants J.P. Morgan Chase National Corporate Services and Synchrony Bank are DISMISSED, and otherwise DENIES AS MOOT Plaintiff's motion to dismiss (ECF No. 130).

DATED this 7th day of October, 2019.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge